UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEAN CHASE**<br>　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:20-CV-175-DH |
| **RYAN E. HODGE and HELPING HANDS CAPITAL, LLC**<br>　*Defendants*. | §<br>§<br>§<br>§<br>§ | |

**SUPPLEMENTAL SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Supplemental Scheduling Order is issued by the Court. To the extent this Amended Scheduling Order does not with conflict with prior Scheduling Order, all prior deadlines remain in effect.

1.　All discovery ordered or agreed to be produced pursuant to the Order of the undersigned dated September 1, 2022, is **ORDERED** produced on or before September 9, 2022.

2.　Defendant Hodge is **ORDERED** to make himself available for deposition on or before October 7, 2022.

3.　Plaintiff Chase shall **FILE** his designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before October 28, 2022.

4.　Defendants Hodge and Helping Hands Capital, LLC shall **FILE** their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before November 18, 2022.

5.　All expert depositions, including rebuttal experts, shall be **COMPLETED** on or before December 9, 2022.

5.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony by January 6, 2023. The parties may agree among themselves to move the deadlines outlined above, but the Court will not move the motion (or response) deadline, except on a motion for leave demonstrating extenuating circumstances.

6.      This case is set for pretrial conference on **Monday, February 27, 2023, at 10:00 a.m.**; jury selection on **Friday, March 3, 2022, at 9:00 a.m.**; and jury trial on **Monday, March 6, 2022, at 9:00 a.m.**

7.      The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial. The parties, however, are exempted from that portion of Local Rule CV-16 requiring that three days prior to trial they file "a list disclosing any objections, together with the grounds therefore, that may be made to the admissibility of any exhibits." In lieu of that requirement, the Court **ORDERS** that, after receiving the final exhibit list, the parties confer with each other to discuss, and resolve if possible, any objections they may have to each other's exhibits. The Court further **ORDERS** that the parties be prepared to inform the Court at the final pretrial conference of the exhibits to which there is no objection and the exhibits to which objections remain for resolution by the Court. The Court will determine at the final pretrial conference whether to address at that time any evidentiary issues which may remain, or to reserve those matters for the trial.

SIGNED September 1, 2022.

                                          DUSTIN M. HOWELL
                                          UNITED STATES MAGISTRATGE JUDGE