UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEAN CHASE**<br>    *Plaintiff,*<br><br>v.<br><br>**RYAN E. HODGE and HELPING HANDS CAPITAL, LLC**<br>    *Defendants.* | §§§§§§§§§§§§ | Civil Action No. 1:20-CV-175-DH |

## ORDER

Before the Court is Plaintiff's Motion for New Trial, Dkt. 129, which the undersigned construes as a Motion for Reconsideration of its Order granting summary judgment to Defendants; and all related briefing. For the reasons set forth below, the undersigned denies Plaintiff's Motion.

In asking the Court to reverse its judgment, Chase does not cite any federal rule as a basis for his motion, and he does not present any new or newly discovered evidence in support. Instead, Chase merely rehashes arguments the Court has already addressed in its Order granting summary judgment to Defendants. Chase's motion is a simple motion for reconsideration, and not a proper motion for a new trial brought pursuant to Federal Rule of Civil Procedure 59. Because the undersigned finds that Chase has offered no basis for it to reconsider its prior Order, the Court **DENIES** Plaintiff's Motion for New Trial, Dkt. 129.

SIGNED March 22, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE